# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:05cr31(2) |
| | § | (Judge Schell) |
| HAVEN ALLEN PARFAIT | § | |

**FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS**

**SEP 2 6 2'**

**DAVID J. MALAND, CLERK**
**BY DEPUTY**

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY ON COUNTS ONE AND THIRTEEN OF THE SUPERSEDING INDICTMENT

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Don D. Bush regarding Defendant's plea of guilty to Counts One and Thirteen of the Superseding Indictment in the above-numbered cause. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the plea agreement and the guilty plea of the Defendant. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed September 15, 2005, are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's plea agreement, the Court finds Defendant GUILTY on Counts One and Thirteen of the Superseding Indictment in the above-numbered cause.

**SIGNED** this 26th day of September, 2005.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE